

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NOS. WR-87,336-02, WR-87,336-03 AND WR-87,336-04

### IN RE BRYICE MINTER, Relator

### ON APPLICATIONS FOR WRITS OF MANDAMUS
### CAUSE NOS. 1472331-B, 142501-A AND 142515-A IN THE 263RD DISTRICT COURT FROM HARRIS COUNTY

*Per curiam.*

### O R D E R

Relator has filed motion for leave to file three applications for writs of mandamus under this Court's original jurisdiction. He contends that he filed three applications for writs of habeas corpus in Harris County and his applications have not been properly forwarded to this Court.

Respondent, the District Clerk of Harris County, shall forward Relator's habeas applications to this Court, respond that Relator has not filed habeas applications in Harris County, forward copies of orders designating issues together with correspondence documenting the date the State received Relator's habeas applications, or forward a copy of an order establishing new deadlines in accordance with the Supreme Court's emergency orders regarding the COVID-19 State of Disaster. See TEX. CODE CRIM. PROC. art. 11.07, § 3(c)and (d); TEX.R.APP.P.73.4(b)(5); *Twenty-Ninth*

*Emergency Order Regarding the Covid-19 State of Disaster*, No. 20-9135 (Tex. Nov. 11, 2020)..

*See* TEX. CODE CRIM. PROC. art. 11.07, § 3(c) and (d); TEX. R. APP. P. 73.4(b)(5).  This motion for

leave to file will be held.  Respondent shall comply with this order within thirty days from the date

of this order.


Filed: January 27, 2021
Do not publish